UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1247
_____

UNITED INDUSTRIAL, SERVICE, TRANSPORTATION,
PROFESSIONAL AND GOVERNMENT WORKERS
OF NORTH AMERICA SEAFARERS INTERNATIONAL
UNION, ON BEHALF OF ERNEST BASON,

Petitioner

v.

GOVERNMENT OF THE VIRGIN ISLANDS
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
(V.I. S. Ct. Civ. No.: 2011-0115)
_____

Argued December 10, 2013

BEFORE: FISHER, COWEN AND NYGAARD, Circuit Judges

_____

ORDER AMENDING OPINION
_____

IT IS HEREBY ORDERED that the opinion in the above case, filed March 19,

2014, be amended as follows:

Page 14, the sentence that read:

It notified this Court "that on or about April 4, 2012 nominal appellant Attorney Ernest

Bason passed away." (Suggestion of Death at 1.)

shall read:

It notified this Court "that on or about September 3, 2013 nominal appellant Attorney

Ernest Bason passed away." (Suggestion of Death at 1.)

BY THE COURT,


s/ Robert S. Cowen
Circuit Judge

Dated: March 21, 2014